RECEIVED
MAY - 4 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
MAY - 4 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JEFF MARCH | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| vs. | ) 2:07cv392-mHT |
| | ) |
| DERRELL VAUGHN PLUMBING, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW Plaintiff Jeff March by and through the undersigned, and hereby files the instant action against Defendant Derrell Vaughn Plumbing pursuant to §216(b) of the Fair Labor Standards Act (hereinafter "FLSA") and for their cause of action states the following:

1. Plaintiff Jeff March is over the age of nineteen (19) and is a resident citizen of Montgomery County, Alabama.

2. Defendant Derrell Vaughn Plumbing is a sole proprietorship formed pursuant to the laws of the State of Alabama and conducts business in the State of Alabama.

3. This Court has subject matter jurisdiction over this action pursuant to 29 U.S.C. §216(b).

4. Venue is proper in the Middle District of Alabama under 29 U.S.C. §1391(b).

5. This action is brought to recover unpaid wages owed to Plaintiffs pursuant to §206(b) of the FLSA.

6. Plaintiff performed covered work for the Defendant and was being deducted invalid expenses the Plaintiff's paycheck during the months of November 2006 - February 2007. Defendant failed to pay Plaintiff his correct earned wages. Plaintiff seeks his unpaid compensation, an equal amount of liquidated damages, attorneys' fees, and plus costs pursuant to 29 U.S.C. §216(b).

7. At all times material to this action, Defendant was enterprises engaged in commerce or in the production of goods for commerce as defined by §203(s)(1) of the FLSA.

8. At all times material to this action, Defendant's was the "employer" of Plaintiff as defined by §203(d) of the FLSA.

9. At all times material to this action, Plaintiff was an "employee" of Defendant as defined by §203(e)(1) of the FLSA, and worked for Defendant within the territory of the United States within three (3) years preceding the filing of this lawsuit.

10. At all times, the Defendant employed the Plaintiff. The services performed by Plaintiff were a necessary and integral part of and directly essential to Defendant business.

11. Plaintiff performed his duties without compensation.

12. Defendant has intentionally failed and/or pay Plaintiff in accordance with the provisions of the FLSA.

13. Defendant have been aware of the requirements of the FLSA and its corresponding regulations necessary to provide employee with minimum wages. Despite this knowledge, Defendant has failed to pay Plaintiff the mandatory lawful compensation in compliance with the FLSA.

14. Defendants have engaged in a widespread pattern and practice of violating the provisions of FLSA by failing to pay Plaintiff in accordance with §206.

15. As a result of Defendant conduct, Plaintiff have suffered damages in the form of unpaid earned wages.

16. In addition to the amount of unpaid wages, Plaintiff are entitled to recover an additional amount of liquidated damages and/or prejudgment interest pursuant to 29 U.S.C. §216(b).

17. Defendant's failure to properly compensate Plaintiffs was willful.

18. Defendant's have not made a good faith effort to properly pay Plaintiffs.

19. Defendant's actions amount to a breach of contract and/or unjust enrichment.

20. Plaintiff are entitled to an award of attorney's fees pursuant to 29 U.S.C. §216(b).

WHEREFORE, pursuant to §216(b) of the FLSA, Plaintiffs pay for the following relief:

1. An award of damages in the amount of their unpaid compensation plus an equal amount of liquidated damages and/or prejudgment interest;

2. An award of reasonable attorney's fees, including the costs and expenses of this action; and

3. Such other legal and equitable relief including, but not limited to, any injunctive and/or declaratory relief, to which they may be entitled.

RESPECTFULLY SUBMITTED on this day _1st_ day of May, 2007.

K. Anderson Nelms (NEL022)
Plaintiff's Attorney

**OF COUNSEL:**
The Law Office of Jay Lewis
847 S. McDonough St. Suite 100
Montgomery, AL 36104
334-263-7733

334-832-4390(fax)
Andynelms@jaylewislaw.com

**JURY TRIAL DEMANDED**