AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama Northern District__

JEFF MARCH

V.

DERRELL VAUGHN PLUMBING

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv 392-MHT

TO: (Name and address of Defendant)

**Derrell Vaughn Plumbing
2028 Mt. Meigs Rd.
Montgomery, AL 36107**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O Box 5059
Montgomery, AL 36103-5059

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                      May 8, 2007
CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   Date                         Signature of Server

                                         _____
                                         Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .39 | 2:07cv392-MHT |
| Certified Fee | | 2.40 | 5/8/07 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | 3.50 | |
| Total Postage & Fees | $ | 8.(?) | |

7006 0100 0003 2054 6846

Derrell Vaughn Plumbing -
2028 Mt. MEigs Rd.
Montrgomery, AL 36107

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.