IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFF MARCH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv392-MHT |
| | ) |
| DERRELL VAUGHN PLUMBING, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a scheduling conference on June 26, 2007, at 2:00 p.m. in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 4th day of June, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE