IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFF MARCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv392-MHT |
| ) | |
| DERRELL VAUGHN PLUMBING, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On June 25, 2007, the court held a status and scheduling conference in this case. At that time, Derrell Vaughn, Jr., of Derrell Vaughn Plumbing, Inc. indicated that he was seeking counsel to represent the corporation in this matter but he needed additional time. The plaintiff had no objection. Accordingly, and for good cause, it is

ORDERED that all proceedings in this case be and are hereby STAYED for a period of sixty (60) days to allow Mr. Vaughn to secure counsel to represent the corporate defendant in this matter. Counsel shall file a notice of appearance on or before August 27, 2007. It is further

ORDERED that this matter be and is hereby SET for a status and scheduling conference on August 28, 2007 at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 27th day of June, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE