IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFF MARCH,

    Plaintiff,

v.

                            CIVIL ACTION NO. 2:07cv392-MHT

DERRELL VAUGHN PLUMBING

    Defendant

## Defendant Update
### In Reference to June 27 Order

**To the Honorable Chief U.S. Magistrate Judge Coody:**

Your Honor, and also Mr. Nelms, I once again ask for your patience and understanding as I am not an attorney and I am trying with due diligence to follow the court's orders and instructions.

On June 25, 2007, in the court's status and scheduling conference, I was given clear and enlightening instruction that I could not represent my corporation, as it is a separate legal entity. I informed the court that I had a pending September trial date in another matter, and that I was hoping to settle prior to that trial date. Until those funds are received from the insurance company, I will not have any financial means of securing an attorney.

My attorney in that case, Randy James, has expended much effort to settle that case before my August 27 deadline with this honorable court. He spent an hour on the phone with All State Insurance this very week. We are closer, but not yet successful in reaching an agreeable conclusion to the matter. I anticipate it will carry over into September before we settle or go to trial, and being unfamiliar with these type issues, I don't know how quickly my check will reach my office thereafter.

I can assure you that I am very serious in wanting to obey the court's orders, and I am equally interested in having this legal matter with Mr. March over and behind me, but I cannot hire an attorney without resources. Those are apparently a month or two away. I have even spoken with several attorneys (Mr. James included) who know me well enough to offer their services in advance of payment, but none of them practice law in federal court.

**I pray this court will stay this matter another sixty (60) days to allow me to find and secure legal representation.**

Derrell Vaughn, Jr
President

Signed this 23rd day of August, 2007, and delivered same day to the Clerk & Mr. Nelms

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____DIVISION

**CERTIFICATE OF SERVICE**

I, _Derrell Vaughn Jr_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _person_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _23_ day of _August_ 20_07_, to:

Andy Nelms
847 So McDonough
Montgomery, AL 36104

_8-23-07_
Date

_[signature]_
Signature