IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFF MARCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:07cv392-MHT |
| | ) | |
| DERRELL VAUGHN PLUMBING, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On June 25, 2007, the court held a status and scheduling conference in this case. At that time, Derrell Vaughn, Jr., the owner of Derrell Vaughn Plumbing indicated that he was seeking counsel to represent the corporation in this matter but he needed additional time. On June 27, 2007, the court stayed these proceedings for  sixty (60) days to allow Mr. Vaughn time to secure counsel to represent his corporation in this matter. The court also set this matter for a status and scheduling conference on August 28, 2007.

On August 23, 2007, the defendant filed a status report which the court construes as a motion for an extension of time and motion to continue (doc. # 9). The defendant requests an additional sixty (60) days to secure counsel. Upon considerations of the motions, and for good cause, it is

ORDERED that the motions for an extension of time and motion to continue (doc. # 9) be and are hereby GRANTED and the defendant shall have an additional sixty (60) days to secure counsel to represent the corporate defendant in this matter. Counsel shall file a notice of appearance on or before October 26, 2007. It is further

ORDERED that the status and scheduling conference presently set August 28, 2007 at 10:00 a.m. be and is hereby RESET to **October 30, 2007, at 10:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 24th day of August, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE