IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFF MARCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv392-MHT |
| | ) |
| DERRELL VAUGHN PLUMBING, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set October 30, 2007 at 10:00 a.m. be and is hereby RESET to **October 29, 2007, at 9:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 16th day of October, 2007.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE