IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFF MARCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:07cv-392MHT |
| | ) |
| DERRELL VAUGHN PLUMBING, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned attorney and notes has appearance as attorney of record for Derrell Vaughn Plumbing, Heating & Air Conditioning, Inc. mistakenly identified in the Complaint as Derrell Vaughn Plumbing and asks that all notices and pleadings be served upon him at the below address.

Respectfully submitted this the 25th day of October, 2007.

/s/ Jeffrey W. Smith
JEFFREY W. SMITH, ESQUIRE (Ala. Bar #SMI088)
**Attorney for Defendant**
**Derrell Vaughn Plumbing, Heating & Air Conditioning**

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882 phone-
(334) 398-8880 fax
jsmith@slatenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document on the below listed counsel of record, by placing copy of same in the United States Mail, postage prepaid this the 25th day of October, 2007:

K. Anderson Nelms, Esquire
**Law Offices of Jay Lewis, LLC**
Post Office Box 5059
Montgomery, AL 36103-5059

/s/ Jeffrey W. Smith
**OF COUNSEL**

F:\Gen Litigation\Derrell Vaughn\Pleadings\NOA.wpd