IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JEFF MARCH** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: 2:07-cv-00392-MHT |
| vs. | ) |
| | ) |
| **DERRELL VAUGHN PLUMBING ,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Jeff March, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual

RESPECTFULLY SUBMITTED on this the 26th day of October, 2007.

/s/ K. Anderson Nelms
ANDY NELMS (ASB-6972-e63k)
Attorney for Plaintiff

OF COUNSEL:
THE LAW OFFICES OF JAY LEWIS, LLC
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733
andynelms@andersonnelms.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Jeffrey Wilson Smith
Slaten & O'Connor, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104
334-396-8882
Fax: 334-396-8880
Email: jsmith@slatenlaw.com

                                                /s/ Andy Nelms
                                                Keith Anderson Nelms
                                                Attorney for Plaintiff
                                                LAW OFFICES OF JAY LEWIS, LLC
                                                847 So. McDonough Street, Ste 100
                                                Montgomery, AL 36104
                                                334-263-7733 (voice)
                                                334-832-4390 (fax)
                                                andynelms@andersonnelms.com