IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEFF MARCH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv392-MHT |
| ) | |
| DERRELL VAUGHN PLUMBING, ) | |
| ) | |
|    Defendant. ) | |

ORDER

Counsel having appeared in this case, it is ORDERED that the referral order (Doc. No. 5) is vacated.

Furthermore, the court having been informed that this case is now settled, it is ORDERED that the parties are allowed until November 9, 2007, to submit the appropriate settlement papers.

DONE, this the 30th day of October, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE